NDFL Prob 35                      Report and Order Terminating Probation/
(1/92)                                   Supervised Release
                                  Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                     Crim. No. 3:07mj229/MD

JULIAN A. REYES

       On January 23, 2008, the above named was placed on probation for a period of two years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that Julian A. Reyes be discharged from Probation.

                                             Respectfully submitted,

                                             Donna D. Easterling
                                             U.S. Probation Officer

### ORDER OF THE COURT

       Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 5th day of December, 2008.

                                             The Honorable Miles Davis
                                             United States Magistrate Judge